**EXHIBIT: A**

# REPORT OF CONDUCT
State Form 39590 (R3 4-94)

**INDIANA DEPARTMENT OF CORRECTION**

Case number: IYC14-11-0070
Date assigned: 11/8/14

MH-

**INSTRUCTIONS:** Type or Print clearly

**NOTE TO REPORTING EMPLOYEE:** This report is to be filled out in triplicate. All copies shall be forwarded to the screening officer, in accordance with the Disciplinary Code for Adult Offenders.

| Field | Value |
|---|---|
| Name of offender | Armstrong, Richard |
| Offender's DOC number | 906846 |
| Facility | IYC |
| Housing unit | South Dorm / GR-7 |
| Date and time of Incident | 11/06/14 1:40 am ☑ a.m. |
| Place of incident | South Dorm Classroom |
| Date report written | 11/6/14 |
| Offense | Possession of deadly contraband |
| Code number | 106-A |

**DESCRIPTION OF INCIDENT** (If more space is needed attach additional sheets in triplicate)

On 11/06/2014 at approximately 1:40am I Officer C. Shepherd started conducting a search of Offender Armstrong, Richard #906846 (F4-12 L) property. While searching through Offender Armstrong Property box I noticed a tan long object. I finished the search of the property with no other contraband found. I then secured the tan long object and immediately took it to south dorm Sergeants Office to conduct a further investigation of the article obtained. The object in which was discovered is an altered sharp piece of metal, I informed Sgt. Tomaw of the article found. Offender Armstrong was questioned as to the articles obtained in which he denied the articles being his. The offender was then issued a confiscation slip which he refused to sign, the offender was then advised he would be receiving a conduct report for a 106-A. The articles were taken to the shift office for photographs then placed in I.A Locker #260.

Confiscation slip attached to conduct report, picture attached to conduct report, I.A Locker # 260

Witness(es), if any:

Signature of reporting employee: [signature]
Name and title (please print): Officer C. Shepherd
Screening officer: H. Andrews

**FOR SCREENING OFFICERS ONLY**

Offender by: [signature]
ing copy: [signature]

Date report delivered: 11/8/14

Note here if offender refuses to sign

Offender: Canary - Central Office: Pink - Facility Packet

EXHIBIT B

# REPORT OF DISCIPLINARY HEARING

State Form 39586 (R6 / 9-00)

**INDIANA DEPARTMENT OF CORRECTION**

| Case number | Date assigned |
|---|---|
| IYC14-11-0070 | 11/3/14 |

| Name of offender | DOC number | Facility | Date of hearing |
|---|---|---|---|
| ARMSTRONG RIC | 906846 | IYC | 11/14/14 |

| Offense | Code number | Date of alleged offense | Plea |
|---|---|---|---|
| 106 Possession of Dangerous/Deadly | 106A | 11/06/14 | Not guilty |

**Offender's comment:** I am not there from someone else

The evidence and / or witness statements that you requested at your screening or were otherwise requested by staff was / were considered. The following evidence was relied on to reach the decision in this hearing:

☑ Staff Reports ☑ Statement of Offender ☑ Evidence from Witnesses ☑ Other (specifically) photo, C.F. supporting statement

☐ Physical Evidence (specifically) _____

**Decision:** ☐ Dismissed ☑ Guilty ☐ Not Guilty **Continuance requested** ☐ Yes ☐ No

**Reason for decision:** DHB considered all evidence including statement of offender, photo, C.F. supporting statement, witness statement, staff reports, video review and find Armstrong #906846 Guilty of 106A

If finding is guilty, the following sanction(s) is / are hereby Imposed / Recommended: and the egregious sanctions

**NON-GRIEVOUS LOSS**
- ☐ Written reprimand specifically: _____
- ☐ Change in work / housing assignment, specifically: _____
- ☐ Disciplinary segregation (less than 15 days) specifically: _____
- ☐ Extra work duty, specifically: _____
- ☑ Inter-Facility transfer recommendation, specifically: _____
- ☐ Loss of privileges, specifically: _____
- ☐ Restitution, ($200.00 or less) specifically: _____

**GRIEVOUS LOSS**  |  **APPROVED**
- ☑ Disciplinary segregation, specifically: 60 Days DS-Suspended
- ☐ Restitution, (over $200.00) specifically: _____
- ☑ Recommended earned credit time deprivation of ___ days.
- ☑ Recommended credit class (CC) change: retain / demote / promote ___ To CC ___
- ☐ Imposition of suspended sanction: case number: _____
  - Sanction Imposed: _____

**Reason for sanctions imposed:** ☐ Seriousness ☑ Frequency / Nature ☐ Offender's attitude and demeanor during hearing
☑ Degree to which violation disrupted/endangered security of facility ☐ Likelihood of sanction having a corrective effect on offender's future behavior

| Effective date (month, day, year) | New PRD (month, day, year) | Remaining ECT to date (after this action) |
|---|---|---|
| 11-18-14 | 3-19-16 | |

| I have been made aware of this disposition / recommendation and of my rights to appeal. | Signature of offender |
|---|---|
| | Restrained |

| Name of member | Name of chairman | Name of member |
|---|---|---|

DISTRIBUTION: White - Facility Packet; Canary - Central Office Packet; Pink - Offender

EXHIBIT: C



# NOTICE TO LAY ADVOCATE / WITNESS
State Form 35447 (R6 / 9-00)

| Name of offender | DOC number | Case number |
|---|---|---|

| Offense | Code number | Date of alleged offense |
|---|---|---|

☐ **LAY ADVOCATE**

| Name of requested lay advocate | DOC number | Housing unit |
|---|---|---|

The above-named offender has requested your assistance as Lay Advocate in a Disciplinary Hearing. As the Lay Advocate, you will assist the accused offender in the preparation of the case and you may be requested to assist in an appeal of this case. You are not required to represent this offender as a Lay Advocate.

☐ I AGREE to be Lay Advocate    ☐ I REFUSE to be Lay Advocate

| Signature | Date | Witness | Date |
|---|---|---|---|

☐ LAY ADVOCATE WAS DENIED:

REASON FOR DENIAL:

☒ **WITNESS**

| Name of witness | DOC number (if applicable) | Housing unit (if applicable) |
|---|---|---|

You have been requested by the above-named offender to appear as a witness and testify as to your knowledge of the above-named alleged violation of the Appropriate Disciplinary Code. If you do not appear, you must give a written statement as to your knowledge of this alleged offense. Whether you appear in person or provide a written statement, you are required to tell the truth or be subject to disciplinary action.

☒ WRITTEN STATEMENT IN LIEU OF WITNESS APPEARING AT HEARING.    ☐ STATEMENT OF WITNESS TAKEN AT DISCIPLINARY HEARING.

This incident is being looked into further

The written statement is a true and accurate summary of my knowledge of the incident.

| Signature of requested witness | Date 11-15-14 | Witness | Date |
|---|---|---|---|

WITNESS DID NOT APPEAR AT HEARING DUE TO:

☐ Offender in segregation
☐ Presence of witness would subject witness to substantial risk of harm.
☐ Testimony of witness would result in irrelevant or repetitive testimony.
☐ Witness not available to attend hearing (Reason: _____)
☐ Other (Reason: _____)

| Name of staff person recording witness statement | Title | Date |
|---|---|---|

DISTRIBUTION: White - Facility Packet; Canary - Central Office Packet; Pink - Offender

EXHIBIT: D



**NOTICE TO LAY ADVOCATE / WITNESS**
State Form 35447 (R6 / 9-00)

| Name of offender | DOC number | Case number |
|---|---|---|
| | | |

| Offense | Code number | Date of alleged offense |
|---|---|---|
| | | |

### ☐ LAY ADVOCATE

| Name of requested lay advocate | DOC number | Housing unit |
|---|---|---|
| | | |

The above-named offender has requested your assistance as Lay Advocate in a Disciplinary Hearing. As the Lay Advocate, you will assist the accused offender in the preparation of the case and you may be requested to assist in an appeal of this case. You are not required to represent this offender as a Lay Advocate.

☐ I AGREE to be Lay Advocate     ☐ I REFUSE to be Lay Advocate

| Signature | Date | Witness | Date |
|---|---|---|---|

☐ LAY ADVOCATE WAS DENIED:

REASON FOR DENIAL:

### ☒ WITNESS

| Name of witness | DOC number (if applicable) | Housing unit (if applicable) |
|---|---|---|
| S. Klinkatis | | |

You have been requested by the above-named offender to appear as a witness and testify as to your knowledge of the above-named alleged violation of the Appropriate Disciplinary Code. If you do not appear, you must give a written statement as to your knowledge of this alleged offense. Whether you appear in person or provide a written statement, you are required to tell the truth or be subject to disciplinary action.

☒ WRITTEN STATEMENT IN LIEU OF WITNESS APPEARING AT HEARING.    ☐ STATEMENT OF WITNESS TAKEN AT DISCIPLINARY HEARING.

This matter is being looked into further. I did not have any direct involvement in this case.

The written statement is a true and accurate summary of my knowledge of the incident.

| Signature of requested witness | Date | Witness | Date |
|---|---|---|---|
| J Klinkajiw | 11-18-14 | | 18/14 |

WITNESS DID NOT APPEAR AT HEARING DUE TO:

☐ Offender in segregation
☐ Presence of witness would subject witness to substantial risk of harm.
☐ Testimony of witness would result in irrelevant or repetitive testimony.
☐ Witness not available to attend hearing (Reason: _____)
☐ Other (Reason: _____)

| Name of staff person recording witness statement | Title | Date |
|---|---|---|

**DISTRIBUTION:** White - Facility Packet; Canary - Central Office Packet; Pink - Offender

# REPORT OF DISCIPLINARY HEARING

State Form 39586 (R6 / 9-00)

**INDIANA DEPARTMENT OF CORRECTION**

EXHIBIT: E

M3-203

| Field | Value |
|---|---|
| Case number | NCN16-03-0045 |
| Date assigned | 3-21-16 |
| Name of offender | Armstrong, Richard |
| DOC number | 906846 |
| Facility | NCN |
| Date of hearing | 3-24-16 |
| Offense | Use or possession of a controlled substance |
| Code number | 202 |
| Date of alleged offense | 3-20-16 |
| Plea | Guilty |

**Offender's comment:** "I am Guilty"

MH was consulted

The evidence and / or witness statements that you requested at your screening or were otherwise requested by staff was / were considered. The following evidence was relied on to reach the decision in this hearing:

☑ Staff Reports  ☑ Statement of Offender  ☐ Evidence from Witnesses  ☐ Other (specifically) _____

☑ Physical Evidence (specifically) Admission of Guilt to using/possessing controlled substance

**Decision:** ☐ Dismissed  ☑ Guilty  ☐ Not Guilty   Continuance requested ☐ Yes ☑ No

**Reason for decision:** Offender's plea

If finding is guilty, the following sanction(s) is / are hereby imposed / Recommended:

**NON-GRIEVOUS LOSS**
- ☑ Written reprimand specifically: Don't use or possess controlled substance
- ☐ Change in work / housing assignment, specifically:
- ☑ Disciplinary segregation (less than 15 days) specifically: Time served
- ☐ Extra work duty, specifically:
- ☐ Inter-Facility transfer recommendation, specifically:
- ☑ Loss of privileges, Specifically: 30 days phone and commissary
- ☐ Restitution, ($200.00 or less) specifically:

**GRIEVOUS LOSS**
- ☐ Disciplinary segregation, specifically:
- ☐ Restitution, (over $200.00) specifically:
- ☑ Recommended earned credit time deprivation of 90 days. entered
- ☑ Recommended credit class (CC) change: retain / demote / promote  I  To CC  II
- ☐ Imposition of suspended sanction: case number:
  Sanction Imposed:

**APPROVED**

**Reason for sanctions Imposed:** ☑ Seriousness  ☐ Frequency / Nature  ☐ Offender's attitude and demeanor during hearing
☑ Degree to which violation disrupted/endangered security of facility  ☐ Likelihood of sanction having a corrective effect on offender's future behavior

| Effective date | New PRD | Remaining ECT to date |
|---|---|---|

I have been made aware of this disposition / recommendation and of my rights to appeal.

**Signature of offender:** Offender refused

**Name of member:** _____  **Name of chairman:** J. Watts  **Name of member:** _____

DISTRIBUTION: White - Facility Packet; Canary - Central Office Packet; Pink - Offender

EXHIBIT F

PLAINFIELD CORRECTIONAL FACILITY
OFFENDER COMPLAINT
INFORMAL PROCESS LEVEL

Plainfield Correctional Facility

DEC 08 2014

Offender, fill out Section 1 ONLY of this form and return it to the Offender Grievance Office, for processing

**Section 1** (* information is required)

Offender Name:* Richard Armstrong         DOC #* 906846

Dorm* Central O-2L         Job* PM SANIT

List the Department OR the name of the Staff Person(s) in which you are complaining about, if any: *
C. Shepherd K Bracket, all his superiors

Brief explanation of your complaint:* (Your complaint MUST be legible) (Multi-page statements are NOT acceptable)
On 11-6-14 OFC. C. SHEPHERD found a knife under F4 12/13 and place it in my property box & wrote me a conduct report. If you watch the camera evidence, that I submitted as evidence be sure to pay especially close attention to OFC C. Shepherd hands & his flash light. The light in the pitch black dorm at 1AM will show it all if viewed close.

Offender Signature:* Richard Armstrong         Date:* 12-1-14

Grievance Specialist Signature upon acceptance: CAP         Date Received in Grievance Office: 12/8/14

**Section 2** Reviewing Staff (Department Head or Custody Supervisor) (Response due within 10 working days)

I, _____, have reviewed the above informal complaint and recommend:
  Print name

☐ Resolution (explain below)    ☐ Unable to resolve this informal complaint because:

Explanation and How Resolved / If Unable to Resolve, Why Not (Please write legibly)

Disciplinary Issue

Staff Signature: _____         Date: _____

**Section 3** This informal complaint has been resolved as acknowledged by the signatures below:

Offender Signature: _____         Date: _____

Grievance Specialist Signature: _____         Date: _____

**Section 4** I, the offender, by signing in this section, DO NOT agree with the findings / actions of the informal response listed in Section 2 above.

EXHIBIT: G



# DISCIPLINARY HEARING APPEAL
State Form 39587 (R3/4-94)

**INDIANA DEPARTMENT OF CORRECTION**

Case number: IYC 14-11-0070

**INSTRUCTIONS:** Type or Print clearly

| Name offender | Offender's DOC number | Facility | Housing unit |
|---|---|---|---|
| Richard Armstrong | 906846 | IYC | Central O-2L |

| Date of hearing | Offense | Code number | Date of first appeal |
|---|---|---|---|
| 11-18-14 | Poss. of Deadly Contraband | 106 A | 12-1-14 |

**INSTRUCTION:**
Appeal must be first made to the facility head within ten (10) working days of hearing. The individual making the appeal will do so in Section 1 and forward to the facility head, who will make his response in Section 2. The facility head is the final reviewing authority for appeals not involving grievous loss sanctions. **(If the response is unfavorable and involves grievous loss sanctions, the offender may then forward the appeal, within fifteen (15) working days of the date the response is received from the facility head, to the appropriate Final Reviewing Authority).**

## SECTION 1
Appeal to Facility Head (Be specific in stating reason(s) for appeal)

At my hearing, DHO T. Andis stated that ofc. C. Shepherd & another ofc. could be seen thing my bed area F4 12/13 only by their flashlights. These flashlights will only strengthen and support the truth. If video is watched VERY closely and where the flashlights are being shined on it will show that OFC. Shepherd found knife under the bed and NOT in my property box as he states. You'll see OFC Shepherd get on his knees shine his bright flashlight under the bed in the pitch black bed area. When he finds this knife his natural instinct is to hold the knife and shine the flashlight on it like "look what I found". Please watch this video and you'll see this watch the flashlights. So how does he state in conduct report that it was found in my property box?? Before I.A. Stillwell left she signed a statement that this matter was being looked at further. Theres been NO follow up and OFC Shepherd doing this thinking he can't be seen, the lights WILL prove my innocence at some level. THANK YOU

Signature of offender: Richard Armstrong    Date: 12-1-14

## SECTION 2
Response of Facility Head to appeal

All paperwork, evidence and documentation for: IYC 14 – 11 – 0070, 106 A, Possession of Dangerous/Deadly Contraband/Property has been received and reviewed.

**Dismiss due to evidence and documentation concerns.**

Signature of Facility Head: [signature]    Date: 1/13/15

**NOTE:** Offender is responsible for sending copy to Central Office if final review and decision is required.